# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**LONZO CARTER,**

    **Plaintiff,**

**v.**                                                            **CASE NO. 5:17cv30-MCR-CJK**

**UNKNOWN WHITE FEMALE**
**OFFICER WITH ONE HAND,**

    **Defendant.**

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 6, 2017. ECF No. 10. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3. The Clerk shall close the file.

**DONE AND ORDERED** this 11th day of December, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**